JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EUGENE EDWARD MOORE,<br><br>    Petitioner,<br><br>v.<br><br>TERI GONZALEZ, Warden,<br><br>    Respondent. | Case No. CV 11-7175-SVW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: November 29, 2012

Stephen V. Wilson
United States District Judge